NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3090

AVERY K. TAYLOR,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DA0752090155-I-1.

ON MOTION

## ORDER

Avery K. Taylor moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Avery K. Taylor
     Jeanne E. Davidson, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK